IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

ANNETTE MCATEER

      Plaintiff,

v.                                                             No. 17-cv-05354-JP

INLAND FLEXO, LLC

      Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Annette McAteer dismisses the above referenced action with prejudice.

/S/ Andrew S. Abramson, Esq.
_____

Andrew S. Abramson, Esq.
Abramson Employment Law, LLC
790 Penllyn Blue Bell Pike
Suite 205
Blue Bell, PA 19422
telephone: 267-470-4742

Attorney for Plaintiff Annette McAteer

Dated: December 19, 2017